■ JOAN A. LEDOGAR, Respondent, v EDWARD J. LEDOGAR, Appellant.—Order of the Supreme Court, Suffolk Court, dated

September 6, 1984, affirmed, with costs, for reasons stated by Justice Gowan at Special Term. Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.